```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
```

UNITED STATES OF AMERICA,            Criminal No. 09-68 (RHK/AJB)

        Plaintiff,

v.                                   **FINAL ORDER OF FORFEITURE**

ANTHONY AKEUM ABARI,

        Defendant.

WHEREAS, on February 10, 2010, this Court entered a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c), forfeiting the following property to the United States:

    a. Kel-Tec, Model P11, 9mm semi-automatic pistol, serial number AB039; and

    b. Armi Tanfoglio Guiseppe, Model GT27, .25 caliber semi-automatic pistol, serial number G83558;

WHEREAS, the plaintiff posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)), beginning on February 12, 2010, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged

legal interest in the above-described property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c):

   a. Kel-Tec, Model P11, 9mm semi-automatic pistol, serial number AB039; and

   b. Armi Tanfoglio Guiseppe, Model GT27, .25 caliber semi-automatic pistol, serial number G83558; and

2. the above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 15, 2010        s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge